UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RANDY MAURICE BRIDGES,

Petitioner,

v.

ISIDRO BACA, *et al.*,

Respondents.

Case No. 3:15-cv-00121-MMD-VPC

ORDER

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Randy Maurice Bridges, a Nevada prisoner. Bridges has now paid the filing fee for this action. *See* Order entered March 4, 2015 (dkt. no. 3); Receipt for Payment of Filing Fee (dkt. no. 4).

The Court has reviewed Bridges' petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct the Clerk of the Court to serve the petition upon the respondents, and will require a response.

It is therefore ordered that the Clerk of the Court shall separately file the petition for writ of habeas corpus, which is currently attached to the *in forma pauperis* application at dkt. no. 1.

It is further ordered that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus and a copy of this order.

It is further ordered that respondents shall have forty-five (45) days from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the petition. Respondents shall, in their initial responsive pleading, whether it is a motion or an answer, raise all potential procedural defenses, including lack of exhaustion and procedural default.

DATED THIS 15th day of May 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE