UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RANDY MAURICE BRIDGES,<br><br>                         Petitioner,<br>         v.<br><br>ISIDRO BACA, *et al.*,<br><br>                         Respondents. | Case No. 3:15-cv-00121-MMD-VPC<br><br>ORDER |

On December 7, 2015, the Court dismissed this habeas corpus action, brought by Nevada prisoner Randy Maurice Bridges, on the ground that Bridges' claims are barred by the procedural default doctrine, and judgment was entered the same day. *See* Order entered December 7, 2015 (dkt. no. 16); Judgment (dkt. no. 17).

On January 29, 2016, Bridges filed a document (dkt. no. 18) that the Court construes as a motion for relief from judgment, pursuant to Federal Rule of Civil Procedure 60(b). Then, on February 8, 2016, Bridges filed a "Motion for Leave to Supplement Rule 60(b) Motion" (dkt. no. 19).

In the motion for leave to supplement his Rule 60(b) motion, Bridges requests leave of Court to add an argument in support of his motion filed on January 29, 2016. The Court will grant that motion, and will consider both the January 29, 2016, and February 8, 2016, filings to comprise Bridges' motion for relief from judgment. The Court will also set a schedule for the briefing of the motion for relief from judgment.

It is therefore ordered that petitioner's Motion for Leave to Supplement Rule 60(b) Motion (dkt. no. 19) is granted. That motion, and the motion filed on January 29, 2015,

will, together, be construed as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b).

It is further ordered that respondents will have thirty (30) days from the entry of this order to respond to petitioner's motion for relief from judgment. Thereafter, petitioner will have thirty (30) days to file a reply to respondents' response to his motion.

DATED THIS 9th day of February 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE